1

2

DANIEL G. BOGDEN
United States Attorney
District of Nevada

3

4

5

6

7

8

SHARON LAHEY
Assistant Regional Counsel
U.S. Social Security Administration
California State Bar No. 263027
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

9

Attorneys for Defendant

UNITED STATES DISTRICT COURT

10

DISTRICT OF NEVADA

11

LAS VEGAS DIVISION

12

13

14

15

16

17

18

19

ARTHUR K. MCDUFFIE,

           Plaintiff,

      vs.

CAROLYN W. COLVIN, Acting Commissioner
Of Social Security,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:14-cv-00706-JAD-PAL

**DEFENDANT'S FIRST UNOPPOSED
MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S
MOTION FOR REMAND AND/OR
REVERSAL**

20

21

22

23

24

25

26

        CAROLYN W. COLVIN, Acting Commissioner Of Social Security (Defendant or the

Commissioner) hereby moves this Honorable Court to grant her unopposed motion for a 30-day

extension of time to file her response and/or cross-motion to ARTHUR K. McDuffie's motion for

reversal or remand.  This is the Commissioner's first request for an extension of time.  Defense counsel

requests this extension of time so that she may continue to work with her client concerning the

possibility of settling this matter.  The current due date is September 8, 2014.  The new due date will be

October 8, 2014.

27

/ / /

28

The parties have further agreed that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Dated: September 5, 2014                        DANIEL G. BOGDEN
                                                United States Attorney

                                                By:   /s/ Sharon Lahey
                                                SHARON LAHEY
                                                Assistant Regional Counsel

OF COUNSEL:

DONNA L. CALVERT
Regional Chief Counsel, Region IX
United States Social Security Administration

**ORDER**

        PURSUANT TO STIPULATION, IT IS SO ORDERED.  DEFENDANT SHALL RESPOND
TO PLAINTIFF'S MOTION FOR REMAND AND/OR REVERSAL ON OR BEFORE OCTOBER 8,
2014.  PLAINTIFF SHALL FILE ANY REPLY THERETO ON OR BEFORE OCTOBER 22, 2014.

        Dated:  September 8, 2014.

                                                _____
                                                United States District Judge